DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
HUMFELD, Shawn F.

Case No. 10-02646-FLK13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $1,324.61, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 4 | ACS C/O WACHOVIA<br>501 BLEECKER ST<br>UTICA, NY 13501 | $1,324.61 |

Dated: June 02, 2011

*/s/ Daniel H. Brunner*
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4876213     6-13-11     #1324.61

10-02646-FLK13   Doc 27   Filed 06/16/11   Entered 06/16/11 10:03:33   Pg 1 of 1